UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDEL FATAH ELLAWENDY, <br>     Petitioner, <br>     v. <br> MONTEREY COUNTY SUPERIOR COURT, <br>     Respondent. | Case No. 19-07643 BLF (PR) <br><br> **JUDGMENT** |

For the reasons stated in the order of dismissal, this case is dismissed without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 20, 2019

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.17\07643Ellawendy_judgment